CHANDRAGOPAUL SALICK, Appellant, v RADHICA SALICK, Respondent.

Submitted November 30, 2009; decided January 14, 2010

Reported below, 66 AD3d 757.

931

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.